JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

HENRY L. T.,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

Case No. 2:26-cv-01401-SPG (KES)

**JUDGMENT**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Plaintiff's Brief is denied, the Commissioner's decision denying benefits is affirmed, and this action dismissed with prejudice.

Dated: October 28, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE